```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAYHAN BEHDIN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | Case No. 5:26-cv-00566 SVK<br>(26 replacing 25)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUCTION; AND [PROPOSED] ORDER** |

On January 21, 2026, Plaintiffs filed a Motion for Preliminary Injunction that required Defendant's response to be filed by February 4, 2026. Dkt. No. 6. Plaintiffs and Defendant have conferred and respectfully request the Court for a two-week extension for Defendant's response to Plaintiffs' Motion for Preliminary Injunction. Defendant will respond by February 18, 2026. The parties make this request because Defendant needs additional time to prepare their response to Plaintiffs' motion. For these reasons the parties respectfully request that the Court grant their stipulation.

///

///

Stipulation
C 5:26-cv-00566 SVK                                1

Dated: February 5, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: February 5, 2026

*/s/ Curtis L. Morrison*
CURTIS LEE MORRISON
Attorney for Plaintiffs

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  February 6, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendant in the above-captioned action.

2. On January 21, 2026, Plaintiffs filed a Motion for Preliminary Injunction that required Defendant's response to be filed by February 4, 2026. Dkt. No. 6.

3. I have been conferring with the agency regarding this case, and we determined that Defendant needs a brief period of additional time to prepare their response. On February 5, 2026, I contacted Plaintiffs' counsel regarding Defendant's request for an extension of time to prepare their response to Plaintiffs' Motion for Preliminary Injunction, and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 5, 2026

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney