CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-6748
john.wollman@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAYHAN BEHDIN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>Defendant. | Case No. 5:26-cv-00566 SVK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT AND MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendant to file its response to Plaintiffs' complaint, which is currently due by March 20, 2026. Defendant will file its response on or before April 20, 2026. The parties make this request because the Court has not yet ruled on Plaintiffs' motion for preliminary injunction (ECF No. 6) and because the agency is in the process of reviewing this case and needs additional time to prepare its response.

The parties further request a corresponding extension of the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. ECF No. 4. Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or May 19, 2026. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant file its motion for summary judgment by June 18, 2026.

Stipulation to Extend Time to File Response to Complaint and MSJ
No. 5:26-cv-00566 SVK                    1

Dated: March 16, 2026                      Respectfully submitted,[1]

                                           CRAIG H. MISSAKIAN
                                           United States Attorney


                                            /s/ John L. Wollman
                                           JOHN L. WOLLMAN
                                           Assistant United States Attorney
                                           Attorneys for Defendant


Dated:  March 16, 2026
                                           /s/ Curtis L. Morrison
                                           CURTIS LEE MORRISON
                                           Attorney for Plaintiffs


### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:  March 17, 2026

                                           _____
                                           SUSAN VAN KEULEN
                                           United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend Time to File Response to Complaint and MSJ
No. 5:26-cv-00566 SVK                         2