# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Case Nos. 26-cv-00566-SVK and 26-cv-03113-NC Should be Related (Civil L.R. 3-12) has been filed. *See* 26-cv-00566 Dkt. 37. The time for filing an opposition or statement of support has passed. The Court also previously informed the Parties in Case No. 25-cv-10602-SVK that it would *sua sponte* consider whether Case No. 26-cv-00566-SVK should be related to 26-cv-01993-AGT and/or 26-cv-02494-JCS.

As the judge assigned to case:

26-cv-00566-SVK
Behdin v. Edlow

I find that the more recently filed case(s) identified below are <u>not</u> related to the case assigned to me. Accordingly, the cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-01993-AGT | Meschi v. Edlow | | X |
| 26-cv-02494-JCS | Sadighi v. Edlow | | X |
| 26-cv-03113-NC | Shahi v. Edlow | | X |

Dated: April 17, 2026

By: _Susan van Keulen_
Susan van Keulen
United States Magistrate Judge

1