CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7031
  Fax: (415) 436-6748
  john.wollman@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAYHAN BEHDIN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services,<br><br>        Defendant. | Case No. 5:26-cv-00566-SVK<br>ORDER GRANTING<br>**DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND FILE MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Susan van Keulen |

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), Defendant hereby moves the Court for an order extending the deadline for Defendant to respond to Plaintiffs' Complaint, ECF No. 1, from April 20, 2026, to May 25, 2026, and its deadline to file a motion for summary judgment from June 18, 2026, to July 17, 2026.

On March 17, 2026, based on the parties' stipulation, the Court extended the Defendant's response deadline to April 20, 2026. ECF No. 30. The Court also extended the deadline for Defendant to file a motion for summary judgment to June 18, 2026. *Id*.

Yesterday, April 16, 2026, the Court issued its order granting Plaintiffs' motion for preliminary injunction, in which it ordered USCIS to adjudicate by May 18, 2026, the 23 Plaintiffs' I-765

ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND FILE MSJ
NO. 5:26-cv-00566-SVK

applications which have been pending for 180 days or longer as of May 18, 2026. *See* ECF No. 41 ("Order").  The Court also set a Case Management Conference ("CMC") for June 9, 2026. ECF No. 42.

Under these circumstances, which just arose yesterday afternoon, Defendant respectfully submits that its deadline to respond to Plaintiffs' Complaint should be continued to May 25, 2026, which is a week after the May 18, 2026, compliance date in the Court's Order, and two weeks before the June 9 CMC.  Defendant further requests that its deadline to file a motion for summary judgment be continued from June 18, 2026, to July 17, 2026, which would be approximately sixty days after its new response deadline.

On April 17, 2026, Defendant's counsel asked Plaintiffs' counsel if they would stipulate to the requested extension, but they refused unless Defendant agreed to process certain applications sooner than ordered, which Defendant's counsel was not able to accept.

Defendant respectfully requests that the Court extend Defendant's deadline to respond to the Complaint from April 20, 2026, to May 25, 2026, and its motion for summary judgment deadline from June 18, 2026, to July 17, 2026. This is Defendant's second request to extend these deadlines.

DATED:  April 17, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney

Attorneys for Defendant

**<u>DECLARATION OF JOHN L. WOLLMAN</u>**

I, John L. Wollman, declare as follows:

1.      I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of Defendant's Administrative Motion to Extend Deadline to Respond to Complaint.

2.      On March 17, 2026, based on the parties' stipulation, the Court extended the Defendant's response deadline to April 20, 2026.  ECF No. 30.  The Court also extended the deadline for Defendant to file a motion for summary judgment to June 18, 2026.  Id.

3.      Yesterday, April 16, 2026, the Court issued its order granting Plaintiffs' motion for preliminary injunction, in which it ordered USCIS to adjudicate by May 18, 2026, the 23 Plaintiffs' I-765 applications which have been pending for 180 days or longer as of May 18, 2026.  See ECF No. 41 ("Order").  The Court also set a Case Management Conference ("CMC") for June 9, 2026. ECF No. 42.

4.      Under these circumstances, which just arose yesterday afternoon, Defendant respectfully submits that its deadline to respond to Plaintiffs' Complaint should be continued to May 25, 2026, which is a week after the May 18, 2026, compliance date in the Court's Order, and two weeks before the June 9 CMC.  Defendant further requests that its deadline to file a motion for summary judgment be continued from June 18, 2026, to July 17, 2026, which would be approximately sixty days after its new response deadline.

5.      On April 17, 2026, Defendant's counsel asked Plaintiffs' counsel if they would stipulate to the requested extension, but they refused unless Defendant agreed to process certain applications sooner than ordered, which defendant's counsel was not able to accept.

6.      Defendant respectfully requests that the Court extend Defendant's deadline to respond to the Complaint from April 20, 2026, to May 25, 2026, and its motion for summary judgment deadline from June 18, 2026, to July 17, 2026. This is Defendant's second request to extend these deadlines.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2026, in San Francisco, California.

/s/ John L. Wollman
John L. Wollman

ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND FILE MSJ
NO. 5:26-cv-00566-SVK

## ~~[PROPOSED]~~ ORDER

Having considered Defendant's Administrative Motion to Extend Deadline to Respond to Complaint and File Motion for Summary Judgment and good cause appearing therefor, Defendant's Motion is GRANTED. Defendant's deadline to respond to the Complaint is extended to May 25, 2026, and its deadline to file a motion for summary judgment is extended to July 17, 2026.

IT IS SO ORDERED.

DATED:   April 22, 2026

_____
HONORABLE SUSAN VAN KEULEN