CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-6748
john.wollman@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAYHAN BEHDIN, *et al.*, | Case No. 5:26-cv-00566 SVK |
| Plaintiffs, | |
| v. | **STIPULATION TO CONTINUE CASE MANMENT CONFERENCE; [PROPOSED] ORDER** |
| JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

On May 25, 2026, Defendant filed a motion to dismiss Plaintiffs' complaint for mootness (lack of subject matter jurisdiction), ECF No. 49, now that, as of May 21, 2026, USCIS has adjudicated and approved all of the Plaintiffs' pending I-765 applications. The motion is set to be heard on June 30, 2026, and may dispose of the case. Accordingly, the parties, through their undersigned attorneys, hereby stipulate and respectfully request that the Court continue the Case Management Conference, which is currently set for June 9, 2026, to a date after Defendant's motion to dismiss is determined. The parties further request a corresponding extension of the deadline to file a Joint Case Management Statement from June 2, 2026, to a date that is seven days before the continued Case Management Conference, if and when the Case Management Conference is rescheduled.

Stipulation to Continue Case Management Conference; [Proposed] Order
No. 5:26-cv-00566 SVK                   1

Dated: May 26, 2026                        Respectfully submitted,[1]

                                              CRAIG H. MISSAKIAN
                                              United States Attorney


                                               /s/ John L. Wollman
                                              JOHN L. WOLLMAN
                                              Assistant United States Attorney
                                              Attorneys for Defendant


Dated:  May 26, 2026

                                              /s/ Curtis L. Morrison
                                              CURTIS LEE MORRISON
                                              Attorney for Plaintiffs


### [PROPOSED] ORDER

     Pursuant to stipulation, IT IS SO ORDERED.


Date:    May 26, 2026

                                              _____
                                              SUSAN VAN KEULEN
                                              United States Magistrate Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Continue Case Management Conference; [Proposed] Order
No. 5:26-cv-00566 SVK                        2