CURTIS LEE MORRISON (CSBN 321106)
RED EAGLE LAW, L.C.
5256 S. MISSION ROAD, SUITE 135
BONSALL, CA 92003
Tel: 714-661-3446
Email: curtis@redeaglelaw.com
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| KAYHAN BEHDIN, *et al*., <br><br> *Plaintiffs,* <br><br> v. <br><br> JOSEPH B. EDLOW, *in his official capacity as the Director of U.S. Citizenship and Immigration Services*, <br><br> *Defendant.* | Civil Action No.: 5:26-cv-00566-SVK <br> <span style="color:red">ORDER GRANTING</span> <br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT** <br><br> Hon. Susan van Keulen |

Administrative Motion to Extend          i
5:26-cv-00566-SVK

RED EAGLE LAW, L.C.
5256 S. MISSION ROAD, STE 135
BONSALL, CA 92003
TEL: 714-661-3446

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs hereby move the Court for an order extending the deadline for Plaintiffs to reply to Defendant's opposition to the summary judgement motion, ECF Nos. 55, 59, from July 2, 2026, to July 9, 2026. Plaintiffs counsel needs additional time for the reply brief because of compounding deadlines in other litigation, including a putative class action lawsuit against Defendant's adjudicative hold policy memoranda. *See Red Eagle Law v. Edlow*, 3:26-cv-04850-CRB (N.D. Cal.) (reply in support of motion for preliminary injunction due July 6, 2026; reply in support of motion for class certification due July 3, 2026). An extension of seven days also allows the Plaintiffs' time to address Defendant's arguments concerning "the effect on this case of the decision of the District of Rhode Island in *Dorcas v. USCIS* and USCIS's subsequent update to its website" as ordered by the Court.

On June 29 and 30, 2026, Plaintiffs' counsel asked Defendant's counsel if they would stipulate to the requested extension, but Defendant's counsel has not yet responded.

Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to reply in support of the motion for summary judgement by seven days from July 2, 2026, to July 9, 2026.

Date: June 30, 2026

Respectfully submitted,

*/s/ Curtis Lee Morrison*

Curtis Lee Morrison
RED EAGLE LAW LC
5256 S. Mission Road, Suite 135
Bonsall, CA 92003
Phone: (714) 661-3446

Administrative Motion to Extend
5:26-cv-00566-SVK

1

RED EAGLE LAW, L.C.
5256 S. MISSION ROAD, STE 135
BONSALL, CA 92003
TEL: 714-661-3446

# [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion to Extend Deadline to Reply in Support of Motion for Summary Judgement and good cause appearing therefor, Plaintiffs' Motion is GRANTED. Plaintiffs' deadline to reply is extended to July 9, 2026.

IT IS SO ORDERED.

DATED:  July 1, 2026

_____
HONORABLE SUSAN VAN KEULEN

Administrative Motion to Extend                    2                    RED EAGLE LAW, L.C.
5:26-cv-00566-SVK                                                       5256 S. MISSION ROAD, STE 135
                                                                       BONSALL, CA 92003
                                                                       TEL: 714-661-3446